FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number **CR16-0066**

Defendant Number **1**

U.S.A. v. **Leroy Baca**

Year of Birth **1942**

☐ Indictment    ☒ Information    Investigative Agency (FBI, DEA, etc.) **FBI**

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense ☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☒ Felony

b. Date of Offense: **4/12/13**

c. County in which first offense occurred:

**Los Angeles**

d. The crimes charged re alleged to have been committed in:

CHECK **ALL** THAT APPLY

☒ Los Angeles      ☐ Ventura
☐ Orange          ☐ Santa Barbara
☐ Riverside       ☐ San Luis Obispo
☐ San Bernardino  ☐ Other _____

Citation of Offense _____

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No    ☐ Yes

If YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any, **MUST MATCH NOTICE OF RELATED CASE** **United States v. Tanaka, CR 15-00255-PA; United States v. Thompson, CR 13-819-PA**

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: **N/A**

Case Number **N/A**

Charging **N/A**

The complaint:    ☐ is still pending
                 ☐ was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented:   ☒ No   ☐ Yes

If YES, provide, Name: _____
            Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*              ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief:
   ☐ Yes*              ☒ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**        ☒ Yes        ☐ No

This is the **N/A** superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

**N/A**

Case Number **N/A**

The superseded case:

☐ is still pending before Judge/Magistrate Judge

**N/A**

☐ was previously dismissed on **N/A**

Are there 8 or more defendants in the superseding case?
   ☐ Yes*              ☒ No

Will more than 12 days be required to present government's evidence in case-in-chief?
   ☐ Yes*              ☒ No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☒ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☒ NO
If YES, list language and/or dialect:
N/A

**OTHER**

☒ Male          ☐ Female
☒ U.S. Citizen  ☐ Alien
Alias Name(s) N/A

This defendant is charged in:   ☒ All counts
☐ Only counts: N/A
☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☒ No
If YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☒ public corruption
☐ government fraud                 ☐ tax offenses
☐ environmental issues             ☐ mail/wire fraud
☐ narcotics offenses               ☐ immigration offenses
☐ violent crimes/firearms          ☐ corporate fraud

☐ Other N/A

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A

b. Posted bond at complaint level on: _____
   in the amount of $ N/A

c. PSA supervision:   ☐ Yes   ☐ No

d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of institution: N/A

c. If Federal: U.S. Marshal's Registration Number:
   N/A

d. ☐ Solely on this charge. Date and time of arrest:
   N/A

e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district
Pursuant to F.R.Cr.P.   ____ 20   ____ 21   ____ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 2/9/16

Signature of Assistant U.S. Attorney

Brandon D. Fox
Print Name