MORGAN, LEWIS & BOCKIUS LLP
Nathan J. Hochman, Bar No. 139137
nathan.hochman@morganlewis.com
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:   +1.310.255.9025
Fax:  +1.310.907.2025

Attorneys for Defendant Leroy Baca

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATED OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LEROY BACA,<br><br>                    Defendant. | Case No. CR 16-66(A) - PA<br><br>NOTICE BY DEFENDANT LEROY BACA PURSUANT TO RULE 12.2(b)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
|---|---|

Defendant LEROY BACA, by and through his counsel of record, hereby provides notice under Rule 12.2(b)(1) of the Federal Rules of Criminal Procedure that he intends to introduce expert evidence relating to a mental disease or defect or mental condition bearing on the issue of guilt at his trial.  Counsel has provided such notice of this intention to the government.

                                        Respectfully submitted,

Dated:     September 12, 2016           MORGAN, LEWIS & BOCKIUS LLP


                                        By */s/ Nathan J. Hochman*
                                             Nathan J. Hochman
                                             Attorneys for Defendant Baca

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30592635.2

CR 16-66(A) - PA