NICOLA T. HANNA
United States Attorney
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
    1200/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0346/4849
    Facsimile: (213) 894-0141
    E-mail:   Brandon.Fox@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SETTING SURRENDER DATE; DECLARATION OF BRANDON D. FOX; PROPOSED ORDER |
| v. | |
| LEROY BACA, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox and Eddie A. Jauregui, hereby applies ex parte for an order setting a date by which defendant Leroy Baca must surrender to the custody of the United States Bureau of Prisons ("BOP").

    The government requests that the Court order defendant to surrender to the BOP by noon on or before the 21st day after the Ninth Circuit Court of Appeals issues its mandate affirming defendant's convictions.

Defendant, by and through his counsel, Benjamin L. Coleman, agrees with the relief the government seeks in this application.

The government's application is based on the attached Declaration of Brandon D. Fox, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: January 14, 2020          Respectfully submitted,

                                               NICOLA T. HANNA
                                               United States Attorney

*/s/ Brandon D. Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

EDDIE A. JAUREGUI
Assistant United States Attorney
Major Frauds Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF BRANDON D. FOX

I, Brandon D. Fox, hereby declare and state as follows:

1. I am an Assistant United States Attorney assigned to this case.

2. Defendant Leroy Baca was convicted by jury on March 15, 2017. This Court sentenced defendant to three years' in prison on May 12, 2017 and ordered to him surrender to the custody of the Bureau of Prisons ("BOP") on or before noon on July 25, 2017. The Ninth Circuit Court of Appeals, however, granted defendant's motion to remain on bail pending appeal. Thereafter, despite affirming defendant's convictions, the Ninth Circuit granted his motion to remain on bail pending the resolution of his petition for a writ of certiorari.

3. On January 13, 2020, the United States Supreme Court denied defendant Leroy Baca's petition for a writ of certiorari. The government promptly notified the Ninth Circuit Court of Appeals. By rule, the Ninth Circuit must now issue its mandate. See Fed. R. App. P. 41(d)(4).

4. Also on January 13, 2020, my co-counsel, Assistant United States Attorney Eddie Jauregui, spoke to Eliezer Ben-Shmuel, a Supervisory Attorney at the BOP. Mr. Ben-Shmuel informed Mr. Jauregui that the BOP previously assessed defendant's medical needs and is also aware of safety concerns related to defendant's incarceration. Mr. Ben-Shmuel confirmed that the BOP is equipped to take defendant into custody and place him at an appropriate facility within 14 days of the issuance of the Ninth Circuit's mandate.

///
///

5. On January 13, 2020, I contacted defendant's counsel, Benjamin L. Coleman, regarding this ex parte application. Mr. Coleman informed me that they would agree to the Court issuing an order requiring the defendant to report to the BOP twenty-one days after the Ninth Circuit issues its mandate.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 14, 2020.

_____
BRANDON D. FOX
Assistant United States Attorney

2