```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
     1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0346/4849
     Facsimile: (213) 894-0141
     E-mail:    Brandon.Fox@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SETTING SURRENDER DATE |
| v. | |
| LEROY BACA, | |
| Defendant. | |

The Court has read and considered the government's ex parte application for an order setting a date by which defendant Leroy Baca must surrender to the custody of the United States Bureau of Prisons ("BOP"). The Court hereby finds that such an order is appropriate for the following reasons:

(1) Defendant committed his offenses of conviction in 2011 and 2013. He was originally charged in February 2016--nearly four years ago--and was convicted by jury in March 2017--nearly three years ago.

(2) In May 2017, this Court sentenced defendant to a 36-month term of incarceration. However, defendant has remained on bond throughout the pendency of his criminal prosecution and appeal. He has not yet served any portion of his custodial sentence.

(3) On January 13, 2020, the United States Supreme Court denied defendant's petition for a writ of certiorari. Defendant's convictions are now final. There is no basis for defendant to continue to remain on bond.

Accordingly, the Court grants the government's application and orders that defendant surrender to the custody of the BOP by noon on or before the 21st day following the issuance of the mandate by the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

_____  
DATE

_____  
HONORABLE PERCY ANDERSON  
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Brandon Fox*

_____  
Brandon D. Fox  
Assistant United States Attorney  
Chief, Criminal Division