# EXHIBIT A

BENJAMIN L. COLEMAN
California State Bar No. 187609
COLEMAN & BALOGH LLP
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone Nos. (619) 794-0420
Facsimile No. (619) 652-9964
E-mail: blc@colemanbalogh.com

Attorneys for Defendant Leroy Baca

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  16CR00066-PA |
| Plaintiff, | ) | |
| v. | ) | DECLARATION |
| LEROY BACA, | ) | |
| Defendant. | ) | |

I, Nathan Hochman, declare under penalty of perjury that:

1.  I am an attorney admitted to practice in the Central District of California. I formerly served as the Assistant Attorney General of the U.S. Department of Justice's Tax Division.  I also served as an Assistant United States Attorney in the Central District of California for seven years.

2.  I represented defendant Leroy Baca at both jury trials in this case.  Over my objection, the Court utilized an anonymous jury.  The Court did not disclose the identities of the jurors to me.

3.  If the Court had disclosed the jurors' identifies to me at the time of trial under a protective order, I would have complied with the protective order.  In other words, if the Court had disclosed the jurors' identities for "attorneys' eyes only," I would have complied with the Court's order and not disclosed the jurors' identities to anyone, including Mr. Baca.  I would have complied with the Court's order in all respects.

4.  Had the Court disclosed the jurors' identities to me, I would have used that information, and additional information about the jurors that I would have been able to discover by virtue of knowing their identities, in challenging jurors during voir dire and otherwise selecting the jurors for trial.  I also would have utilized any additional information that I had discovered by virtue of knowing the jurors' identities in formulating arguments and themes during the trial that may personally appeal to the jurors.  Had I known the identities of the jurors who returned guilty verdicts at the second trial, I would have conducted post-trial investigation to determine whether there was any juror misconduct at the trial.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2020

*s/Nathan Hochman*
NATHAN HOCHMAN