UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-1167 PA<br>CR 16-66 PA | Date | February 20, 2020 |
|---|---|---|---|
| Title | Leroy Baca v. United States of America | | |

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS - ORDER

The Court is in receipt of petitioner Leroy Baca's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, filed on February 5, 2020. The Court orders a briefing schedule. The government's opposition shall be filed no later than March 23, 2020. Petitioner's reply if any shall be filed no later than March 30, 2020.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Preparer | TJ | |