**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S). | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

_____        _____        _____

Date Filed                    Doc. No.                        Title of Doc.

**IT IS HEREBY ORDERED:**

□  The document is accepted as filed
□  The document is stricken and counsel is ordered to file an amended or
corrected document by _____ .
□  The hearing date has been rescheduled to _____ at _____
□  Other

Clerk, U.S. District Court

Dated: _____        By: _____
                                                                    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge