BENJAMIN L. COLEMAN
California State Bar No. 187609
COLEMAN & BALOGH LLP
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone No. (619) 794-0420
Facsimile No. (619) 652-9964
blc@colemanbalogh.com

Attorneys for Defendant Leroy Baca

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 16-00066-PA |
| Plaintiff, | Case No.  CV 20-01167-PA |
| v. | [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR BAIL PENDING SECTION 2255 PROCEEDINGS |
| LEROY BACA, | |
| Defendant. | |

This Court, having read and considered the Ex Parte Application submitted by defendant Leroy Baca on March 26, 2020, and finding good cause, hereby orders that the Bureau of Prisons shall release defendant Leroy Baca from custody forthwith. Defendant Baca shall post an own-recognizance bail within seven days of his release and shall remain on bail until further order of this Court.

        IT IS SO ORDERED.


Dated: March _____, 2020

                                        _____
                                        HONORABLE PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE