# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 16-66 PA / CV 20-1167 PA | Date | March 27, 2020 |
|---|---|---|---|

**Present: The Honorable** PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

**Interpreter** None

| T. Jackson | Not Reported | Brandon Fox (Not present) / Eddie Jauregui (Not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | Not | | X | Benjamin Coleman | Not | | X |

**Proceedings:** IN CHAMBERS - ORDER

    Before the Court is an Ex Parte Application for Bail Pending Section 2255 Proceedings filed by defendant and petitioner Leroy Baca ("Defendant") (Docket No. 499 in Case No. CR 16-66 PA and Docket No. 8 in Case No. CV 20-1167 PA).  Any Opposition from the Government must be filed by no later than Wednesday, April 1, 2020.  After that date, the matter will be deemed under submission and no further briefing will be accepted absent further order from the Court.

    IT IS SO ORDERED.