# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 16-66 PA | | Date | April 2, 2020 |
|---|---|---|---|---|

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter    None

| T. Jackson | Not Reported | Brandon Fox (Not present) Eddie Jauregui (Not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | Not | | X | Nathan Hochman | Not | | X |
| | | | | Benjamin Coleman | Not | | X |

**Proceedings:**    IN CHAMBERS - ORDER

Before the Court is an Ex Parte Application for Bail Pending Section 2255 Proceedings filed by defendant and petitioner Leroy Baca.  On April 1, 2020, the government filed its opposition to the Application.  The Court concludes that a hearing is unnecessary.  The matter is deemed under submission.  The Court will advise the parties if any further briefing is necessary.

IT IS SO ORDERED.