**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEROY BACA,

               Petitioner-Defendant,

     v.

UNITED STATES OF AMERICA,

               Respondent-Plaintiff.

No.   CV 20-1167PA
       CR 16-66 PA

JUDGMENT

Pursuant to the Court's April 5, 2020 Order denying the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by petitioner Leroy Baca ("Petitioner"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: April 5, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE