Name  Benjamin L. Coleman, Cal. Bar No. 187609

Address  1350 Columbia Street, Suite 600

City, State, Zip  San Diego, California 92101

Phone  (619) 794-0420

Fax  (619) 652-9964

E-Mail  blc@colemanbalogh.com

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 20CV01167-PA; 16CR00066-PA |
| v. | |
| LEROY BACA, | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____Leroy Baca_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☒ Sentence imposed:
  36 months

☒ Bail status:
  In custody

**Civil Matter**

☒ Order (specify):
  April 5, 2020 order denying 2255 relief/bail

☒ Judgment (specify):
  April 5, 2020 judgment denying 2255 relief

☐ Other (specify):

Imposed or Filed on _____April 5, 2020_____. Entered on the docket in this action on _____April 6, 2020_____.

A copy of said judgment or order is attached hereto.

_____April 7, 2020_____
Date

_____s/Benjamin L. Coleman_____
Signature
☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).