**FILED**

SEP 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEROY BACA,<br><br>   Defendant-Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Plaintiff-Appellee. | No. 20-55361<br><br>D.C. Nos. 2:20-cv-01167-PA<br>      2:16-cr-00066-PA-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: RAWLINSON and BRESS, Circuit Judges.

The request for a certificate of appealability (Docket Entry No. 2) is denied because appellant has not shown that "jurists of reason would find it debatable whether the [section 2255 motion] states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012).

Any pending motions are denied as moot.

**DENIED.**